Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

<u>middle</u> District of <u>Florida</u>

<u>Jacksonville</u> Division

PROVIDED TO
JACKSON C.I. ON

DEC·10 2024

FOR MAILING

Case No. 3:24-cv-1345-WWB-PDB

*(to be filled in by the Clerk's Office)*

<u>EVERETTE L.BLACK, JR.,</u>
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

<u>SERGEANT J. Pinney,</u>
<u>SHELLY GLASS,</u>
<u>W. millette,</u>
<u>WARDEN LANE ET al</u>
Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____ EVERETTE L. BLACK JR. _____

All other names by which
you have been known: _____ N/A _____

ID Number _____ 364497 _____

Current Institution _____ JACKSON CORRECTIONAL INSTITUTION _____

Address _____ 5563 10th STREET _____

_____ MALONE _____ FL. _____ 32445-3144 _____
           City                        State              Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _____ SERGEANT J. FINNEY _____

Job or Title *(if known)* _____ C/O II _____

Shield Number _____ UNKN. _____

Employer _____ SUWANNEE CORRECTIONAL INST. _____

Address _____ 5964 U.S. HWY. 90 _____

_____ LIVE OAK _____ FL. _____ 32060 _____
           City                        State              Zip Code

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2

Name _____ SHELLY GLASS _____

Job or Title *(if known)* _____ CLASSIFICATION (SUPERVISER) _____

Shield Number _____ UNKN. _____

Employer _____ SUWANNEE CORRECTIONAL INSTITUTION _____

Address _____ 5964 U.S. HWY 90. _____

_____ LIVE OAK _____ FL. _____ 32060 _____
           City                        State              Zip Code

[✓] Individual capacity    [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name                                      _W. millette_

Job or Title *(if known)*    _Secretary Florida Department of corrections_

Shield Number                _unkn._

Employer                         _The Florida Department of corrections_

Address                           _501 S. Calhoun St._

_Tallahassee_            _FL_        _32399 -2500_
City                              State              Zip Code

☑ Individual capacity    ☑ Official capacity

**Defendant No. 4**

Name                                      _(Warden) Lane_

Job or Title *(if known)*    _Warden_

Shield Number                _unknown_

Employer                         _Suwannee correctional Inst._

Address                           _5964 U.S. Hwy 90_

_Live Oak_            _FL_        _32060_
City                              State              Zip Code

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_The Eighth Amendment Right Against cruel and unusual punishment. And deliberate indifference to such._

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. AS correctional officer, classification (supervisor), secretary of the Florida department of corrections, and (warden) employed by the Florida department of corrections, SGT. J. Finney, shelly Glass, w. millette, and warden lane acted under color of law in depriving plaintiff of his 8th amendment right to be free from cruel and unusual punishment, and warden lane, shelly glass, and w. millette deliberate indifference to such.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ATTACHED

STATEMENT OF CLAIM,

PLAINTIFF, EVERETTE L. BLACK, JR., WAS A PRISONER INCARCERATED AT SUW-
-ANNEE CORRECTIONAL INSTITUTIONS ANNEX.

DEFENDANT SGT. J. FINNEY IS A CORRECTIONAL OFFICER EMPLOYED AT
SUWANNEE C.I. ANNEX,

DEFENDANT LANE IS THE WARDEN AT SUWANNEE C.I. ANNEX.

DEFENDANT, SHELLY GLASS IS THE CLASSIFICATION SUPPERVISOR AT SUWANNEE
C.I. ANNEX,

DEFENDANT, W. MILLETTE IS THE SECRETARY FOR THE FLORIDA DEPARTMENT
OF CORRECTIONS,

1. ON AUGUST 24, 2022, PLAINTIFF WAS IN QUAD#4 OF O-DORM AT
SUWANNEE C.I.. AT SOMETIME IN BETWEEN 11:00p.m AND 11:30 p.m.,
SGT. J. FINNEY CAME INTO QUAD #4 AND ORDERED PLAINTIFF TO
ACCOMPANY HIM INTO THE SALLYPORT AREA OF O-DORM. HE GAVE PLAINTIFF
NO EXPLANATION FOR THE ORDER.

2. UNLIKE OTHER DORMITORIES ON THE COMPOUND, THE SALLY PORT AREA
OF O-DORM DOES NOT HAVE ANY AUDIO AND VIDEO SURVEILLANCE,
AS REQUIRED BY LAW. PRISONERS ARE ROUTINELY ASSAULTED AND ABUSED
BY OFFICIALS IN THIS SALLYPORT AREA OF O-DORM. PLAINTIFF HAD
PREVIOUSLY COMPLAINED ABOUT THE LACK OF AUDIO AND VIDEO SURVEI-
-LLANCE IN O-DORM SALLYPORT IN SEVERAL GRIEVANCES TO WARDEN LANE,
(CLASSIFICATION SUPERVISOR) SHELLY GLASS, AND TO THE SECRETARY OF THE
FLORIDA DEPARTMENT OF CORRECTIONS W. MILLETTE, AND TO OTHER
OFFICIALS. PLAINTIFF CONTENDS THE FOLLOWING OCCURANCE WAS,
IN PART, RETALIATION FOR SAID COMPLAINTS. (SEE ATTACHED
EXHAUST REMEDIES) EXHIBIT "A".

3. WHEN PLAINTIFF ENTERED THE SALLY PORT AREA WITH, SGT. J. FINNEY
, THE LIGHTS HAD INTENTIONALLY BEEN TURNED OFF AND THE ENTIRE
AREA WAS COMPLETELY DARK, PREVENTING OTHER PRISONERS FROM
WITNESSING WHAT WAS ABOUT TO OCCUR.

4. SGT. FINNEY ESCORTED PLAINTIFF TO THE HALLWAY SECTION OF THE
SALLYPORT TO A "HOLDING CAGE", UNLOCKED THE DOOR OF THE HOLDING
CAGE AND AGGRESSIVELY PUSHED PLAINTIFF INSIDE. SGT. J. FINNEY,
THEN WITHOUT PROVOCATION, PROCEEDED TO VICIOUSLY BEAT PLAINTIFF
WITH BOTH CLOSED FISTS IN THE FACE, HEAD, AND UPPER body.
SGT. J. FINNEY GRABBED PLAINTIFF'S HEAD WITH BOTH OF HIS
HANDS AND SLAMMED PLAINTIFF INTO THE CONCRETE WALL

of the holding cell over and over, until plaintiff slid down the wall semi-conscious, throughout this entire brutal assault, plaintiff offered no physical resistance, instead, plaintiff begged for his life. (See Exhaustion of administrative Griev. Anues to support plaintiff's complaint for violation of plaintiff's Eighth Amendment (cruel and unusual punishment) using unnecessary and excessive force against plaintiff (see exhibit "B").

5. Sgt. J. Finney reached into his left pants pocket and pulled out a stainless steel "Homemade" knife (commonly called a "shank") and told plaintiff, that if he, told anyone what just happened, Sgt. J. Finney would plant the knife on plaintiff and cause plaintiff to be placed on close management, which is long term confinement.

6. Sgt. J. Finney, then lifted plaintiff off of the floor, handcuffed him, and escorted plaintiff to medical. plaintiff was examined by an unidentified nurse, who asked plaintiff, did he have any physical injuries, Plaintiff's face was clearly and severely bruised and swollen at that time, but Sgt. J. Finney was looking at plaintiff with an intimidating look and shaking his head, as if reminding plaintiff of his previous threat, and daring plaintiff to say anything. Fearing further reprisal and abuse, plaintiff shook his head no to the nurse's question.

7. Plaintiff was then escorted to administrative confinement by, Sgt. J. Finney and placed in a cell without further incident, no use of force report was submitted by, Sgt. J. Finney. plaintiff was psychologically traumatized by this incident and has sought redress through the institutional grievance process, through no avail.

Defendant, Sgt. J. Finney violation to plaintiff's Eighth Amendment right of the United States constitution to be free from cruel and unusual punishment in using unnecessary and excessive force against plaintiff,

Defendant warden Lane violated plaintiff's Eighth Amendment right of the United States constitution

To be free from cruel and unusual punishment in exhibiting deliberate indifference to plaintiff's complaint about the lack of audio and video surveillance in the sally port of O-Dorm, thus causing plaintiff to be assaulted by Sgt. J. Finney. I'm ignoring plaintiff's fears and complaints, Warden Lane exhibited wanton disregard for plaintiff's safety. (See attached exhausted administrative remedies). Also see (Exhibit "A") Federal standing order on 7-05-22, one and a half months prior to this incident to where all staff was notified and where plaintiff filed motion/letter to the courts advising the courts, that co-workers of the officers, at Suwannee C.I (Annex) was in retaliation against plaintiff, trying to bring plaintiff great harm for plaintiff filing lawsuit in federal court against their co-worker friends in case no. 3:22-cv-00298-BJD-LLL (Exhibit "A").

8. Defendant, Shelly Glass (Classification Supervisor) violated plaintiff's Eighth Amendment right of the United States Constitution to be free from cruel and unusual punishment in exhibiting deliberate indifference to plaintiff's complaints about lack of audio and video surveillance in the sally port of O-Dorm, thus causing plaintiff to be assaulted by, Sgt. J. Finney. Ignoring plaintiff's fears and complaints, Classification Supervisor Shelly Glass exhibited wanton disregard for plaintiff's safety.

9. Defendant W. Millette, Secretary of the Florida Department of Corrections violated plaintiff's Eighth Amendment right of the United States Constitution to be free from cruel and unusual punishment in exhibiting deliberate indifference to plaintiff's complaints about the lack of audio and video surveillance in the sally port of O-Dorm, thus causing plaintiff to be assaulted by, Sgt. J. Finney. Ignoring plaintiff's fears and complaints, the Secretary of the Florida Department of Corrections

W. MILLETTE EXHIBITED WANTON disREGARD FOR PLAINTIFF'S SAFETY.

10. ATTACHED TO THIS COMPLAINT IS A STANDING ORDER FROM FEDERAL JUDGES TIMOTHY J. CORRIGAN, MARCIA MORALES HOWARD, AND BRIAN J. DAVIS THAT WAS SENT TO THE WARDEN LANE AND (CLASSIFICATION SUPERVISOR), SHELLY GLASS ON July 5, 2022, A MONTH AND A HALF BEFORE THIS INCIDENT OCCURED, STATING THAT PLAINTIFF WAS BEING RETALIATED AGAINST BY STAFF AND THAT NO HARM SHALL BE DID TO PLAINTIFF. SGT. J. FINNEY, WARDEN LANE, AND (CLASSIFICATION SUPERVISOR) SHELLY GLASS disREGARDED PLAINTIFFS SAFETY AFTER THIS STANDING ORDER WAS ISSUED TO THEM AT THE INSTITUTIONAL LELET. (SEE EXHIBIT "A")

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

*SEE ATTACHED*

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

*SEE ATTACHED*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. PLAINTIFF SUFFERED PHYSICAL Injuries in the form of CONCUSSION, NECK ACHES, HEADACHES, Mental Injuries in the form of Fear, ANXIETY ATTACKS, DEPRESSION, ANGUISH.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. PLAINTIFF SEEKS $1 million Dollars in ACTUAL AND PUNITIVE DAMAGES from EACH DEFENDANT AND injunctive relief in the form of TRANSFER TO THE FEDERAL B.O.P. SYSTEM TO FINISH SERVING PENDING STATE SENTENCE, due TO THE F.D.D.C. has proved UNABLE OR UNWILLING TO PROTECT PLAINTIFF. OR FAILING THAT, A TRANSFER TO UNION C.I. (50 YEARS AND OLDER) PRISON WHERE PLAINTIFF WOULD BE FREE FROM FURTHER REPRISAL AND WILL BE HOUSED WITH INMATES OF HIS AGE AND OLDER

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). SUWANNEE C.I (ANNEX)

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? DID NOT ADDRESS claims in good FAITH.

Page 6 of 11

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

INSTITUTIONAL LEVEL AND CENTRAL OFFICE LEVEL.

2.    What did you claim in your grievance? SAME AS THIS COMPLAINT — ASSAULT AND DISREGARD FOR PRISONER SAFETY.

3.    What was the result, if any? NO RESULTS.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

COMPLETED GRIEVANCE PROCESS, TO NO AVAIL.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:  N/A

1.  If there are any reasons why you did not file a grievance, state them here:

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:  N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
I HAVE A CASE THAT WAS DISMISSED WITHOUT PREJUDICE THAT COUNTED AS A STRIKE AGAINST ME UNDER THE THREE STRIKE RULE. SEE ATTACHED ORDERS OF DISMISSALS WITHOUT PREJUDICE DATED 10-26-23 AND 10-30-24

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:<23708916@flmd.uscourts.gov>
Subject:Activity in Case 3:23-cv-00068-HES-LLL Black v. Finney et al Order
Dismissing Case
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is
a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Middle District of Florida

Notice of Electronic Filing
The following transaction was entered on 10/27/2023 8:48 AM EDT and filed
on 10/27/2023

Case Name: Black v. Finney et al

Case Number: 3:23-cv-00068-HES-LLL
https://ecf.flmd.uscourts.gov/cgi-bin/DktRpt.pl?409966

Filer:


Document Number: 16


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.flmd.uscourts.gov/doc1/047126250047?caseid=409966&de_seq_num=68&magi
c_num=MAGIC


Docket Text:
 ORDER OF DISMISSAL WITHOUT PREJUDICE;
directions to the Clerk. Signed by Senior Judge Harvey E. Schlesinger on
10/26/2023. (CAW)


3:23-cv-00068-HES-LLL Notice has been electronically mailed to:


3:23-cv-00068-HES-LLL Notice has been delivered by other means to:
Everette L. Black, Jr
364497
Jackson Correctional Institution
5563 10th Street
Malone, FL 32445-3144



The following document(s) are associated with this transaction:
```

Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=10/27/2023] [FileNumber=23708915-0]
[4946f15c22fea870c3ee53e0813546d3501daf52a8ce0242f5811cf2493c787b5be692d19fd3e09
b4192a65df0657bdc583c97887edaa500e402d590b01956af]]

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:<24979380@flmd.uscourts.gov>
Subject:Activity in Case 3:24-cv-00757-MMH-LLL Black v. Finney et al Order
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.


U.S. District Court
Middle District of Florida

Notice of Electronic Filing
The following transaction was entered on 10/30/2024 3:11 PM EDT and filed
on 10/30/2024

Case Name: Black v. Finney et al

Case Number: 3:24-cv-00757-MMH-LLL
https://ecf.flmd.uscourts.gov/cgi-bin/DktRpt.pl?430484

Filer:


Document Number: 7


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.flmd.uscourts.gov/doc1/047127680431?caseid=430484&de_seq_num=33&magi
c_num=MAGIC


Docket Text:
 ORDER dismissing the case without
prejudice, directions to the Clerk. Signed by Judge Marcia Morales Howard
on 10/30/2024. (SM)


3:24-cv-00757-MMH-LLL Notice has been electronically mailed to:


3:24-cv-00757-MMH-LLL Notice has been delivered by other means to:
Everette L. Black, Jr
364497
Jackson Correctional Institution
5563 10th Street
Malone, FL 32445-3144




The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=10/30/2024] [FileNumber=24979379-0]
[266c60233cf18af8b52ebb8e799486e5fcc15de8c9fad5cfffa474f8c487569c27313a040f3385c
e267258983a3f00f6bac914cf34e899e6019f327361b3068d]]
```

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)    EVERETTE L. BLACK, JR.
Defendant(s)    SGT'S R. molinski AND S.M. molinski

2.  Court *(if federal court, name the district; if state court, name the county and State)*
UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF FLORIDA) JACKSONVILLE ~~STATE~~ DIVISION

3.  Docket or index number
CASE NO. 3:22-CV-298-BJD-LLL

4.  Name of Judge assigned to your case
Brian J. Davis

5.  Approximate date of filing lawsuit
JANUARY, 2022

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    SETTlement ON 6-26-24

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

SETTlement ON 6-26-24

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  YES

WITH SAME FACTS involved in THIS ACTION

☑ YES
☐ NO

(B) IF your ANSWER TO "A" is YES, describe each LAWSUIT by ANSWERING questions 1 THROUGH 7 below

(1) PARTIES TO THE PREVIOUS LAWSUIT
PLAINTIFF(S)   EVERETTE L. BLACK JR.,
DEFENDANT(S)   SGT. S. KISER

(2.) COURT: UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF FLORIDA) JACKSONVILLE DIVISION

(3) DOCKET OR INDEX NUMBER
            CASE NO. 3:22-CV-00260-MMH-SJH

(4) NAME OF JUDGE ASSIGNED TO YOUR CASE.
                  SAMUEL   HOROVITZ

(5) APPROXIMATELY DATE OF FILING LAW SUIT.
                  JANUARY 2022

(6.) IS THIS CASE STILL PENDING?
☑ YES
☐ NO

(7) WHAT WAS THE RESULT OF THE CASE? STILL PENDING

... involving its State or Federal court dealing
with same facts involved in this action

☒ YES

☐ NO

(B) IF your answer TO "A" is yes, describe each lawsuit
by answering questions 1 Through 7 below.

(1) PARTIES TO THE previous lawsuit
PLAINTIFF(s) EVERETTE L. BLACK, JR.,
DEFENDANT(S) SGT. J. FINNEY AND WARDEN LANE

(2) COURT: UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF
FLORIDA) JACKSONVILLE DIVISION

(3) DOCKET OR INDEX NUMBER
CASE NO. 3:23-CV-00068-HES-LLL

(4) NAME OF JUDGE ASSIGNED TO your CASE.
HARVEY E. SCHLESINGER

(5) Approximately DATE OF Filing Lawsuit.
JANUARY, 2023.

(6.) IS THIS CASE STILL pending?
☐ YES
☒ NO     IF NO, give THE Approximate DATE OF DEPOSITION 10-26-23

(7). WHAT WAS THE RESULT OF THIS CASE?
Dismissed without prejudice for plaintiff's lack
of prosecution on October 26, 2023

with the same facts involved in this action:

☑ yes
☐ No

(B) IF your Answer To "A" is yes, describe each lawsuit by Answering questions 1 through 7 below.

① Parties to the previous lawsuit
Plaintiff(s) Everette L. Black, Jr.,
Defendant(s) Sgt. J. Finney, Warden Lane, Shelly Glass, and W. Millette.

② Court: United States District Court (middle District of Florida) Jacksonville Division

③ Docket or Index number.
    Case No. 3:24-CV-0075?-mmH-LLL

④ Name of Judge Assigned to your case,
    Marcia Morales Howard

⑤ Approximately Date of Filing lawsuit.
    July, 2024.

⑥ Is this case still pending?
☐ yes
☑ No            If No, give the approximate Date of Disposition 10-30-24

⑦ What was the result of this case?
    Dismissed without prejudice on October 30, 2024.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)    EVERETTE L. BLACK, SR,
       Defendant(s)    SGT's R. MOLINSKI AND S.M. MOLINSKI

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF FLORIDA) JACKSONVILLE DIVISION

3.    Docket or index number

       CASE NO. 3:22-CV-298-BJD-LLL

4.    Name of Judge assigned to your case

       BRIAN J. DAVIS

5.    Approximate date of filing lawsuit

       JANUARY, 2022

6.    Is the case still pending?

       ☐ Yes

       ☑ No

       If no, give the approximate date of disposition    SETTLEMENT ON 6-26-24

7.    What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

       SETTLEMENT ON 6-26-24

(c) Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ YES

☐ NO

(D) If your answer to "c" is yes, describe each lawsuit by answering question 1 through 7 below

① PARTIES TO THE previous LAWSUIT
PLAINTIFF(S) EUORETTE L. BLACK
DEFENDANT(S) SGT. S. KISER

② COURT: UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF FLORIDA) JACKSONVILLE DIVISION

③ DOCKET OR INDEX NUMBER.
                    CASE NO. 3:22-CV-00260-MMH-STH

④ NAME OF JUDGE ASSIGNED TO YOUR CASE.
                    SAMUEL HOROVITZ

⑤ APPROXIMATELY DATE OF FILING LAWSUIT,
                    JANUARY 2022

⑥ IS THIS CASE STILL PENDING?
☑ YES
☐ NO

⑦ WHAT WAS THE RESULT OF THIS CASE? STILL PENDING

OTHERWISE RELATING TO THE CONDITIONS OF YOUR IMPRISONMENT?

☑ YES

☐ NO

(D) IF YOUR ANSWER TO "C" IS YES, DESCRIBE EACH LAWSUIT BY ANSWERING QUESTION 1 THROUGH 7 BELOW

① PARTIES TO THE PREVIOUS LAWSUIT
PLAINTIFF(S) EUGENE L. BLACK JR.
DEFENDANT(S) SGT. J. FINNEY AND WARDEN LANE

② COURT: UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF FLORIDA) JACKSONVILLE DIVISION

③ DOCKET OR INDEX NUMBER
           CASE NO. 3:23-CV-00068-HES-LLL

④ NAME OF JUDGE ASSIGNED TO YOUR CASE,
           HARVEY E. SCHLESINGER

⑤ APPROXIMATELY DATE OF FILING LAWSUIT.
           JANUARY, 2023

⑥ IS THIS CASE STILL PENDING?
☐ YES
☑ NO
   IF NO, GIVE THE APPROXIMATE DATE OF DEPOSITION
   10-26-23

⑦ WHAT WAS THE RESULT OF THIS CASE?
   DISMISSED WITHOUT PREJUDICE FOR PLAINTIFF'S LACK
   OF PROSECUTION. OCTOBER 26, 2023

(c) HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT OTHERWISE RELATING TO THE CONDITIONS OF YOUR IMPRISONMENT?

☑ YES

☐

(D) IF YOUR ANSWER TO "C" IS YES, DESCRIBE EACH LAWSUIT BY ANSWERING QUESTION 1 THROUGH 7 BELOW

(1) PARTIES TO THE PREVIOUS LAWSUIT
PLAINTIFF(S) ELORETTE L. BLACK, JR.,
DEFENDANTS) SGT. J. FINNEY, WARDEN LANE, SHELLY GLASS, AND W. MILLETTE.

(2) COURT: UNITED STATES DISTRICT COURT (MIDDLE DISTRICT OF FLORIDA) JACKSONVILLE DIVISION.

(3) DOCKET OR INDEX NUMBER.
CASE NO. 3:24-CV-00757-MMH-LLL

(4) NAME OF JUDGE ASSIGNED TO YOUR CASE.
MARCIA MORALES HOWARD

(5) APPROXIMATELY DATE OF FILING LAWSUIT.
JULY, 2024

(6.) IS THIS CASE STILL PENDING?
☐ YES
☑ NO

IF NO, GIVE THE APPROXIMATELY DATE OF DISPOSITION.
10-30-24

(7) WHAT WAS THE RESULT OF THIS CASE?
DISMISSED WITHOUT PREJUDICE ON 10-30-24.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-02-24
                    12-02-24

Signature of Plaintiff        Everette L. Black Jr.
Printed Name of Plaintiff     EVERETTE L. BLACK JR.
Prison Identification #        364497
Prison Address                JACKSON CORRECTIONAL INSTITUTION
                              MALONE            FL        32445-3144
                              City              State     Zip Code

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
                              _____
                              City          State    Zip Code
Telephone Number              _____
E-mail Address                _____

Page 11 of 11

## IX. VERIFICATION

Pursuant to 28 U.S.C. §1746, I, EVERETTE L. BLACK, JR., declare and verify, under penalty of perjury under the laws of the United States of America that I have read the foregoing and that it is true and correct to the best of my belief and knowledge.

DATED THIS 2ND day of DECEMBER, 2024.

Everette L. Black Jr. #364492

EVERETTE L. BLACK JR. #364492